NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1428, -1430, -1453

RAYMOND E. STAUFFER,

Plaintiff-Appellant,

v.

BROOKS BROTHERS, INC.,
and RETAIL BRAND ALLIANCE, INC.,

Defendants-Appellees,

v.

UNITED STATES,

Movant-Cross Appellant.

Appeals from the United States District Court for the Southern District of New York in 08-CV-10369, Judge Sidney H. Stein.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Raymond E. Stauffer moves for a 14-day extension of time, until November 23, 2009, to file his brief and an extension of time, until February 17, 2010, for Brooks Brothers, Inc. and Retail Brand Alliance, Inc. (Brooks Brothers) to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Stauffer's brief is due no later than November 23, 2009. The briefs of the United States and Brooks Brothers are due no later than February 17, 2010.

FOR THE COURT

NOV 2 0 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Raymond E. Stauffer
       Stephen L. Baker, Esq.
       Douglas N. Letter, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 0 2009

JAN HORBALY
CLERK